

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Bradley Jared Barton v. Office of Attorney General

Appellate case number:   01-19-00677-CV

Trial court case number: 2018-84841

Trial court:             309th District Court of Harris County

Appellant Bradley Jared Barton filed a Motion for Rehearing and Rule Suspension in which he requests a rehearing of the case pursuant to Texas Rules of Appellate Procedure 2, 44.3, and 49.1.  We **grant** Barton's motion for rehearing and withdraw our opinion and judgment dated May 4, 2021.  This case will be reset at a later date.

It is so ORDERED.

Judge's signature: ____/s/ Veronica Rivas-Molloy_____
                   Acting for the Court

Panel consists of: Justices Countiss, Rivas-Molloy, and Guerra.

Date: _July 27, 2021____